IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA BATTAGLIOLA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-1036-CV-W-HFS |
| JERRY THURMAN, AMERICAN TRUCK ) | |
| TRAINING, INC. d/b/a AMERICAN ) | |
| TRUCK TRAINING ACADEMY, INC. ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, Lisa Battagliola, has filed a voluntary dismissal of all claims against defendants with prejudice. Although styled as a dismissal by Battagliola, the notice was filed as a voluntary dismissal "by all plaintiffs."

By order dated June 10, 2010, this case was consolidated with Case No. 09-1037 in which plaintiff, Dorothy McDaniel, filed similar claims against the same defendants. During a telephone conference held on July 28, 2010, counsel anticipated that a settlement agreement would also be reached with McDaniel. Upon the filing of notice of settlement regarding McDaniel, an order will be entered dismissing the action commenced by that plaintiff. Accordingly, it is hereby

ORDERED that the above captioned case, commenced by plaintiff Battagliola, is DISMISSED with prejudice, each party to pay their own costs.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

September  2 , 2010

Kansas City, Missouri